**FILED**

OCT 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER MASSEY )
and )
KATHY MASSEY )
125 16th Street, N.E. )
Washington, D.C. 20002 )
   Plaintiffs, )
) Civil Action No. _____
  v. )
)
DISTRICT OF COLUMBIA, )
441 – 4th Street, NW, 6th Floor South )
Washington, DC 20001 ) CASE NUMBER 1:05CV02033
)
and ) JUDGE: Royce C. Lamberth
CLIFFORD JANEY, )
SUPERINTENDENT OF DISTRICT ) DECK TYPE: TRO/Preliminary Injunction
OF COLUMBIA SCHOOLS )
825 North Capitol Street, N.E., 9th floor ) DATE STAMP: 10/14/2005
Washington, D.C. 20002 )
)
   Defendants. )
_____ )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, defendants District of Columbia and Clifford Janey, through undersigned counsel, notify the Court of the removal of the above-captioned action filed in the Superior Court of the District of Columbia, Civil Action Number 05-8214. The ground for removal is that the complaint asserts, *inter alia,* causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" which are removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. Sec. 1441 (b). In their complaint, Plaintiffs allege violations of the Individuals with Disabilities Education Act, 20 U.S.C.A. Sec. 1400 *et seq.* and the Americans with Disabilities Act, 42 U.S.C.A. 12101 *et seq.* Complaint at 2 and 3).

1

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court, and the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. Sec. 1446(d).

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for the District of Columbia

*Edward P. Taptich (by MLM)*
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

*Maria L. Merkowitz*
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 14th day of October, 2005, to:

Joseph B. Tulman, Esq.
University of the District of Columbia
Juvenile and Special Education Clinic
4200 Connecticut Avenue, NW
Bldg. 39, 2nd floor
Washington DC 20008
Attorney for Plaintiff

Maria L. Merkowitz