## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WARNER MASSEY, et al.,**<br>Plaintiff(s), | |
| vs. | Civil Case No.  05cv2033 (RCL ) |
| **DISTRICT OF COLUMBIA et, al.,**<br>Defendant(s). | |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an Exhibit to the Notice of Removal has been filed in paper form in a the Clerk's Office. It is  available for public viewing and  copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk