# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Warner Massey
and
Kathy Massey

v.

District of Columbia
and
Clifford Janey

**FILED**

OCT 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 05-2033

### TO BE COMPLETED BY THE CLIENT FOR WHOM THE STUDENT IS RENDERING SERVICES:

I authorize ___Benjamin Kall___, a law student, to appear in court or at other proceedings on my behalf and to prepare documents on my behalf. I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the Student Practice Rule of the United States District Court for the District of Columbia.

___10/17/05___                    ___Warner Massey___
Date                              Signature of Client

### TO BE COMPLETED BY THE LAW STUDENT'S SUPERVISING ATTORNEY:

I am a member of the bar of this Court and have been certified as a supervising attorney by the Dean of ___Univ. of District of Columbia David A. Clarke___ Law School and by the United States District Court for the District of Columbia. I will carefully supervise all of the above-named student's work. I authorize this student to appear in court or at other proceedings and to prepare documents. I will accompany the student at such appearances and sign all documents prepared by the student. I assume personal responsibility for his/her work.

___10-17-05___                    ___[signature]___
Date                              Signature of Supervising Attorney

Approved: ___10/18/05___          ___Royce C. Lamberth, U.S.D.J.___
          Date                    Signature of Trial Judge

Rev 4/94

```
.ings include all events.                                    MED.    TRACK2
.977 BREWINGTON v. DC, et al                                         TYPE E
```

| Date | # | Entry |
|---|---|---|
| .2/99 | 33 | RESPONSE by plaintiff MOSES E. BREWINGTON to motion for reconsideration of order [17-1] [28-1] by L. D. WILLIAMS, DC (bjsp) [Entry date 10/15/99] |
| 10/13/99 | -- | STATUS HEARING before Judge Ricardo M. Urbina : denied motion for reconsideration of order [17-1] [28-1] by L. D. WILLIAMS, DC, granted motion to withdraw Reginald Lewis Holt SR. as attorney for MOSES E. BREWINGTON [25-1] by MOSES E. BREWINGTON status hearing set for 9:00 11/4/99. Reporter: William D. McAllister (jwd) |
| 10/13/99 | 32 | ORDER by Judge Ricardo M. Urbina: denying defendants' motion for reconsideration (N) (jwd) |
| 10/27/99 | 34 | MOTION (CONSENT) filed by defendant DC for leave to file third-party complaint; EXHIBIT (THIRD-PARTY COMPLAINT) (tth) [Entry date 10/28/99] |
| 11/3/99 | 35 | STATEMENT filed by plaintiff MOSES E. BREWINGTON authorizing law students Brian Hoffman and Camellia Javadi to appear in court or at other proceedings and to prepare documents on his behalf. (jwd) [Entry date 11/04/99] |
| 11/3/99 | -- | ORDER by Judge Ricardo M. Urbina granting statement [35-1] by plaintiff MOSES E. BREWINGTON authorizing law stutents Brian Hoffman and Camellia Javade to appear in court or at other proceedings and to prepare documents on his behalf. (fiat) (N) (jwd) [Entry date 11/04/99] [Edit date 11/04/99] |

*98cv1977* (handwritten)