UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WARNER MASSEY,** *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-2033 (RCL) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, the hearing before this Court held on this date and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion for a Temporary Restraining Order is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 18, 2005.