**Massey v. District of Columbia, Civ. No. 05-2033**        <u>**EXHIBIT  3**</u>

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
- ☐ Initial Evaluation
- ☐ Initial Placement
- ☐ Reevaluation
  - ☐ Change in Category Exit
  - ☐ Related Service Add
  - ☐ Related Service
  - ☒ Change in Placement
  - ☐ Other _____

Date  Ocotber 14, 2005

Student  Tiffany          Matin                      DOB  10-3-89

School  MM Washington Center

Current Disability Category  Emoinally Disturbed

Setting  Out f General Education

Dear  Ms. Kathy Martin

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- ☐ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- ☐ Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**
- ☐ Your child is not eligible for special education service(s).
- ☒ Your child is eligible or continues to be eligible to receive special education services as a student with  Emoioal Disturbances
- ☒ Your child will begin receiving  Specialized Instruction and Counseling  as a related service(s).
- ☐ Your child will no longer receive _____ as a related service(s).
- ☐ Your child's category of disability is being changed from _____ to _____
- ☒ Your child's alternative placement on continuum (next setting) is being changed,
  from  RiversideAcademy  to  MM Washington Center
- ☐ Your child is no longer eligible and will be exited from the special education program.
- ☐ Other: _____

**Description and Explanation of agency action proposed or refused.**

The above recommended program will be able to address Tiffany martin's academic and social emotional concerns as outlined in her Individualized Education Program.

**Description of Other Options Considered and reasons for rejection of each option**

Other relevant factors to the decision- _____

MDT Members: ☒ Principal or Designee   ☐ General Education Teacher   ☐ Psychologist
☒ Parent   ☒ Special Education Teacher   ☒ Other: Ed. Advocate
☒ Student   ☐ Speech and Language
☐ Social Worker   ☒ *LEA & Interpreter (*may be one)

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Kymberly Grafton  at  202-442-5541  (school telephone number).

**See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

MDT Prior Written Notice to the Parent                                          1
07-02-2001

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student Tiffany _____ Martin _____ DOB 10-3-89 Age 16 Grade 10 ID 8311409 _____

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

☐ **Wechsler Intelligence Scale for Children-III (WISC 111)** - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 to 16 ½ years. Date of Report _____

☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 to 6 ½ years. Date of Report _____

☐ **Wechsler Adult Intelligence Scale-III (WIAS 111)** an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

☐ **Bayley Scales of Infant Development-11** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

☐ **Wechsler Individual Achievement Test (WIAT)**- a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report _____

☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

☐ **Kaufman Test of Educational Achievement (KTEA)** -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

☐ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

☐ **Developmental Test of Visual Motor Integration (VMI)** -assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

☐ **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student __Tiffany__     __Martn__     DOB __10-3-89__ Age __16__ Grade __10__ ID __8311409__

☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
   Date of Report _____

☐ **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses in inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____

☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15 11 years. Date of Report _____

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _____

☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report _____

☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
   Date of Report _____

☐ **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
   Date of Report _____

☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

☐ **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _____

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
   Date of Report _____

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
   Date of Report _____

☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

**Free or Low Cost Legal Services**

Neighborhood Legal Services
701 4' Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588     (fax) 703-267-6992