Massey v. District of Columbia, Civ. No. 05-2033     **EXHIBIT 1**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

LAST NAME: Martin    FIRST: Tiffany    SCHOOL: Riverside Academy    DATE: 9/21/05

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Beth Sullivan | Beth Sullivan | Spec. Ed. Coord. |
| George Crouch | George Crouch | Teacher |
| Joe Tucker | Joe Tucker | Atty for Parent & Student |
| Benjamin Kull | B. Kull | Special Ed. Advocate |
|  |  | SS Teacher |
| Kymberly Grafton | Kymberly Grafton | DCPS |
| Jeanette Cohen | Jeanette Cohen | MST, Youth Villages |
| DIANA MENDELSOHN |  | CASE MANAGER, C.C. |
| Mark Schulman MSW, LGSW | Mark Schulman LGSW | Clinical Social Worker Riverside |
| Warner Massey | Warner Massey | FATHER |
| Tiffany Massey | Tiffany Massey | MOM |
| Kathy Martin | Kathy Martin |  |

See Notes attached.

introductions were made. The purpose of today's was to complete a step-down IEP for Tiffany Martin. Tiffany Martin was discharged from Riverside last week. Benjamin Kull agreed to sign the release of information form and parent rights on behalf of the Martins. Benjamin Kull, Special Ed. Advocate indicated Tiffany was accepted at Leary of P.D. (Advocate will fax acceptance letter to DCPS on 9-22-05). DCPS will refer Tiffany's packet to Site Review Committee for appropriate school placements based upon what is outlined in her IEP and disability classification.

Mr. Crouch reported Tiffany was a good student completed all assignments and exhibited no behavior problems. At times Tiffany would become agitated when provoked by peers. Mr. Bryant reported the same behaviors exhibited by Tiffany. However, there were times when Tiffany had flat affect. If Tiffany was not in a good mood, she would not participate

in class and exhibited no behavior concerns.

Benjamin Hull expressed concerns surrounding Tiffany's disability on her IEP dated 9-21-05. Currently, her disability is listed as Emotionally Disturbed. According to Tiffany's previous IEPs (2000, 2001 & 2002) Learning Disability was written in addition to Emotionally Disturbed. Dr. Vincer completed a psychoeducational eval. on 8-5-04 and in her recommendations "learning disability" needs to remain due to her academic deficits in several areas. (see report attached).

It was the concensus of the team for Tiffany to receive psychological services in the form of art therapy one hour per week by licensed art therapist.

Tiffany too is currently receiving wrap-around services through Youth Villages Multi-Systemic Therapy (MST) to ensure Tiffany's success in school and in the community.

At the 11-04 IEP meeting it was recommended that Tiffany have a vocational assessment to assess where her career interests lie. DCPS was to submit a referral for the vocational assessment. DCPS indicated there is a waiting list currently for the vocational assessment. Mr. Tullman indicated he can have the vocational assessment done by Community Preservation Development (CPDC). DCPS will look into this program and give a response to Mr. Tullman.

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _____Kathy Martin_____, received a copy of *A Procedural*
(Parent/Guardian Name)

Manual for Parents from __Beth Sullivan__ /Title __Special Educ. Coord.__
(Person Issuing Document)

at __Riverside Academy__.
(School)

9 / 21 / 05
(Date)

_____
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

7/7/2005                                                                 18

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page: of 4
Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last **Martin**  First **Tiffany**  MI **M**
Student ID **8311409**  Soc. Sec. No. ____  Age: **15**  Grade **10** ~~7~~
Gender: **Female**  Date of Birth **10/03/89**  Ethnic Group **Afro American**
Address **125 16th Street, NE**
City **Washington**  State **D.C.**  Zip Code **20002**
☐ Non-attending
Attending School **Riverside Academy**  Home School **Eliot JHS**
☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /
Parent **Kathy Martin**
Address of (if different from student): ☒ Parent ☐ Guardian ☐ Surrogate
Telephone: Home ( **202** ) **546** - **7874**  Work ( )

### II. CURRENT INFORMATION

Date of IEP Meeting: **9/21/2005**
Date of Last IEP Meeting: **11/5/2004**
Date of Most Recent Eligibility Decision: **5/14/2002**
Purpose of IEP Conference:
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.    ☐ 3yr Re-Eval.

Indicate Level of Standardized Assessment: **III**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| X | BEHAVIOR | | TRANSPORTATION |
| | ESY | X | TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | N/A |
| Parent | English | English | English | N/A |
| Home | English | English | English | N/A |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral: ____
Rdg./ Written: ____
Instrument: ____
Date: ____

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Special Education Instruction | 25 | hr. w | Special Education Teacher | | 12 mos. |
| Counseling | 2 | hr. w | Social Worker | | 12 mos. |
| Psychological Services (Art Therapy) | 1 | hr. w. | Liscenced Art Therapist | | 12 mos. |
| | | | | | |
| TOTAL | | Hours Per Week | | | |

### V. Disability(ies)

Emotionally Disturbed / LD
☐ (Check if setting is General Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%
Percent of time NOT in a Regular Education Setting

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Mark Schulman — Mark Schulman, Esq.
Tiffany Massey — Tiffany Massey
George Crouch — [signature]
Beth Sullivan — Beth Sullivan
Kymberly Grafton — Kymberly Grafton

Joe Tulman — [signature]
Diana Mendelsohn — [signature]
Jeanette Cohen — [signature]
Warner Massey — Warner Massey
Benjamin Kull — Benjamin Kull, Teacher
[illegible] — Teacher

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature: Kathy Martin    Date 9-21-05

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

School: Riverside Academy  Principal: Steve Patton  Special Education Coordinator: Beth Sullivan
Date: 9/21/05  Case Manager: Beth Sullivan  Technical Support Supervisor:
Student: Tiffany Martin  DOB: 10/3/89  Age: 15  Grade: 10  ID#: 8311409  SSN#:
Parent: Kathy Martin  Telephone (H): (202) 546-7874  (W):
Address: 125 16th Street, NE  Washington, DC  20002

REFERRAL SOURCE: (Check)  ☐ 120 Day  ☐ Reeval  ☐ HOD  ☒ SA  ☐ MA
☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☐ Local School  ☐ Other

Previous least restrictive environment (LRE Setting): Residential Placement

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| - Low staff to student ratio (10 to 2) | Current IEP | Yes ☒ | No ☐ |
| - Structured setting w/ behavioral supports | Signatures of required participants (MDT notes) | Yes ☒ | |
| - Behavior Management System that includes positive incentives | Intervention Behavior Plan | Yes ☒ | |
| - Instructional/Testing Accommodations and Modifications | Copies of current class work and homework assignments | Yes ☒ | |
| | Medical Reports | Yes ☐ | No ☐ |
| | Clinical Reports | Yes ☐ | No ☐ |
| | Psychiatric Reports | Yes ☐ | No ☐ |
| | Medications | Yes ☐ | No ☐ |
| | Attendance Record | Yes ☐ | |
| | Copies of most recent evaluation(s) | Yes ☐ | |
| 4. Results of all interventions (TAT, MDT, etc. attach meeting notes) | 5. Resources needed for program implementation | | |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☐ combination of general educators, special educators and related service providers | ☐ between 21% and 60% of service time |
| 3 | ☒ *out of general education classroom | ☒ special educators and related service providers | ☒ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular services and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553 Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. | |
| If two or three boxes are checked in the Row 2, check MODERATE. | If one box is checked in each row, |
| If two or three boxes are checked in the Row 3, check HIGH. | check either MODERATE or HIGH, depending on the need of the student. |

### 7. LEVEL OF NEED
| ☐ LOW | ☐ MODERATE | ☒ HIGH |

07-02-2001                              Attention: Technical Support Supervisor / PERM Compliance Team

| LAST NAME Martin | FIRST Tiffany | Managing School Eliot JHS | DCPS - IEP |
|---|---|---|---|
| Student ID Number 8311409 | DOB 10/03/89 | Attending School Riverside Academy | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** Beth Sullivan

**Math Strengths:**
Tiffany's strengths lie in addition, subtraction, multiplication, and division of whole numbers.

**Impact of disability on educational performance in general education curriculum:**
Below grade level preformance in mathematics and social emotional stressors impact student's ability to succeed in the general education curriculum.

**Reading Strengths:**
Tiffany's strengths lie in her ability to identify letters and words.

**Impact of disability on educational performance in general education curriculum:**
Below grade level preformance in reading and social emotional stressors impact student's ability to succeed in the general education curriculum.

Score(s) When Available
- Math Cal. GE 3.2
- Math Rea. GE 3.3
- See goal page: WJ-III
- Date: 9/7/2004
- Rdg. Com GE 2.3
- Rdg. Basic GE 4.2
- Written Ex. GE 2.3
- See goal page: WJ-III
- Date: 9/7/2004

**Communication (Speech & Language) (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- Exp. Lang.
- Rec. Lang.
- Artic
- Voice
- Fluency
- Exp. Voc.
- Rec. Voc.
- See goal page:
- Date:

**Motor/Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** Social Worker
Strengths:
Tiffany is verbal and can be cooperative and respectful

Impact of disability on educational performance in general education curriculum:
Student's social emotional issues significantly impact his/her ability to function in the general education curriculum.

Score(s) When Available

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:
Date:

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| LAST NAME Martin | FIRST Tiffany | Managing School Eliot JHS | DCPS - IEP |
| Student ID Number 8311409 | DOB 10/03/89 | Attending School Riverside Academy | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐       Goal Number: 1

Area addressed by goal: Social/Emotional Development

**ANNUAL GOAL:** (including mastery criteria.)

Tiffany will demonstrate, consistently over time, the ability to utilize a set of coping mechanisms to remain in the classroom and appropriately deal with stress, frustration, and anger while in the academic milieu at least 85% of the time.

Provider(s): Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Tiffany will identify a set of coping mechanisms for stress and frustration whenever asked by staff. | | quarterly |
| Tiffany will demostrate successful use of her coping mechanisms and avoid responding inappropriately in school when confronted with stress and frustration, in 4 out of 5 incidents. | | quarterly |
| Tiffany will utilize those teachers and staff of her choosing to share her feelings regarding her stress and frustration, instead of behaving inappropriately, in 4 out of 5 incidents. | | quarterly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio    ☐ Log    ☐ Chart    ☐ Test    ☒ Documented Observation    ☐ Report    ☐ Other Reports

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| LAST NAME Martin | FIRST Tiffany | Managing School Eliot JHS | DCPS - IEP |
|---|---|---|---|
| Student ID Number 8311409 | DOB 10/03/89 | Attending School Riverside Academy | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**　Additional Comments: ☐　　　　Goal Number: I

Area addressed by goal: Academics - Reading

**ANNUAL GOAL:** (including mastery criteria.)

Tiffany will improve her reading skills by one grade level as measured by informal assessment.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given a series of 10 unfamiliar words, student will define each word and write the word in a sentence with 80% accuracy in 4/5 teacher created assignments. | | quarterly |
| Given a reading selection on his reading level, student will use a variety of strategies, such as sound, context, and picture cues, to decode unfamiliar words with 80% accuracy in 4/5 teacher-created assignments. | | quarterly |
| Given a reading selection on his reading level, student will use a variety of before-, during-, and after- reading strategies in order to comprehend the meaning of the text with 80% accuracy in 4/5 teacher-created assignments. | | quarterly |
| Given a reading selection on his reading level, student will summarize text information of various lengths with 80% accuracy in 4/5 teacher-created assignments. | | quarterly |
| Given a reading selection on his reading level, student will identify the main idea with 80% accuracy in 4/5 teacher-created assignments. | | quarterly |
| Given a reading selection on his reading level, student will identify the supporting details with 80% accuracy in 4/5 teacher-created assignments | | quarterly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Classwork

District of Columbia Public Schools　　07-02-2001　　Division of Special Education　　Appendix - A　　IEP Page 3 of 4

LAST NAME: Martin  FIRST: Tiffany  Managing School: Eliot JHS
Student ID Number: 8311409  DOB: 10/03/89  Attending School: Riverside Academy
DCPS - IEP  Page 3 of 4

**VIII. SPECIALIZED SERVICES**  Additional Comments: ☐    Goal Number: 1

Area addressed by goal: Academics - Written Expression

**ANNUAL GOAL:** (including mastery criteria.)
Tiffany will improve her writing skills by one grade level as measured by informal assessment.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will use correct grammar and punctuation within a sentence with 80% accuracy in 4 out of 5 teacher-created assignments. | | quarterly |
| Student will write a topic sentence with 80% accuracy in 4 out of 5 teacher-created assignments. | | quarterly |
| Student will write at least three supporting sentences with 80% accuracy in 4 out of 5 teacher-created assignments. | | quarterly |
| Student will write a concluding sentence with 80% accuracy in 4 out of 5 teacher-created assignments. | | quarterly |
| Student will put the parts of a paragraph together (topic, supporting and concluding sentences) to create a well constructed paragraph with 80% accuracy in 4 out of 5 teacher-created assignments. | | quarterly |
| Student will write an extended written response that contains multiple paragraphs with 80% accuracy. | | quarterly |

**EVALUATION PROCEDURE(S)**
☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☒ Other Classwork

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| LAST NAME Martin | FIRST Tiffany | Managing School Eliot JHS | DCPS - IEP |
| Student ID Number 8311409 | DOB 10/03/89 | Attending School Riverside Academy | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 1

Area addressed by goal: Academics - Math

**ANNUAL GOAL:** (including mastery criteria.)
Tiffany will improve her math calculation skills by one grade level as measured by informal assessment.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will be able to add and subtract fractions with 80% accuracy in 4/5 teacher created assignments. | | quarterly |
| Student will be able to add and subtract decimal numbers with 80% accuracy in 4/5 teacher created assignments. | | quarterly |
| Student will be able to solve problems involving percents with 80% accuracy in 4/5 teacher created assignments. | | quarterly |
| Student will be able to interpret various types of graphs and charts with 80% accuracy in 4/5 teacher created assignments. | | quarterly |
| Student will be able to solve mathematical word problems with 80% accuracy in 4/5 teacher-created assignments. | | quarterly |
| Student will be able to add, subtract, and make change for various amounts of money with 80% accuracy in 4/5 teacher-created assignments. | | quarterly |

**EVALUATION PROCEDURE(S)**
☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Classwork

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| LAST NAME Martin | FIRST Tiffany | Managing School Eliot JHS | DCPS - IEP |
| Student ID Number 8311409 | DOB 10/03/89 | Attending School Riverside Academy | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐        Goal Number: 1

Area addressed by goal: Vocational

**ANNUAL GOAL:** (including mastery criteria.)

Tiffany will explore career options.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Tiffany will define career interests and goals with 80% accuracy. | | quarterly |
| Tiffany will identify the education required to reach various career goals with 80% accuracy. | | quarterly |
| Tiffany will fill out a job application with 80% accuracy. | | quarterly |
| Tiffany will write a resume and cover letter with 80% accuracy. | | quarterly |
| Tiffany will use the internet and newspaper to find jobs related to her interests with 80% accuracy. | | quarterly |
| Tiffany will utilize job interview techniques with 80% accuracy. | | quarterly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☒ Other Classwork

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| LAST NAME Martin | FIRST Tiffany | Managing School Eliot JHS | DCPS - IEP |
| --- | --- | --- | --- |
| Student ID Number 8311409 | DOB 10/03/89 | Attending School Riverside Academy | Page 4 of 4 |

Additional Comments: ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☒ No
Explanation for removal out of regular education classroom.

As reflected in current evaluations and documentation, Tiffany's ability to perform in a regular education setting is impacted by academic and emotional concerns.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min DIW/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Check and list modifications and/or accommodations for testing:   ☐ None needed
- Timing/Scheduling: extended time, frequent breaks
- Setting: small group with special educator as examiner
- Presentation: repeated directions
- Response: oral responses, check with student for clarity
- Equipment: calculator

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I Tested with non-disabled peers under standard conditions without accommodations.
☒ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations
☐ Level V Portfolio:

☐ Level II (Describe accommodations for level II) Tested under standard conditions with special accommodations.
☐ Level IV (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading       ☐ Physical/Sensory       ☒ Transition          Modifications:
☒ Mathematics   ☒ Social Emotional       ☒ Vocational          ☐ Language Arts/English
☒ Written Expression ☐ Physical Development ☐ Independent Living ☐ Social Sciences
☐ Other: _____                          ☐ Speech/Language     ☐ Biological & Physical Sciences
☐ None                                                          ☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| --- | --- | --- |
| General Ed Classroom - reject | Based on current evals and documentation, student requires a full time placement with accommodations to be successful. | Lack of interaction with non-disabled peers, ptential to lower self-esteem |
| General Ed/Special Ed Combination - reject |  |  |
| Out of general education classroom - accept |  |  |

Modification(s)/Accommodation(s) to address the harmful effects:

psychological counseling, small structured environment with behavioral reinforcements · to be accessed as needed

Location for Services: Out of General Education

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

Student Name: Tiffany Martin
Student ID Number: 8311409
DOB: 10/2/89
Managing School: Eliot JHS
Attending School: Riverside Academy

DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2

Date Developed: 9/21/05

# DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

I. Record student's post-secondary goals and interests.

Employment: Art/Drawing
Community Participation: 100 hours community service
Post-Secondary Education and Training: Some college/Vocational training.
Independent Living: Plan & prepare for independent living.

II. Courses of study leading to student's post-high school goals.

| Grade or School Year | Courses of Study |
|---|---|
| 2005-2006 | English, Math, Social Studies, Science, Vocational Education, P.E. + Computers |
| | |
| | |
| | |

III. Transition Services Needed.
Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment  If service is not needed, provide explanation. | Vocational Education Community based instructional opportunities after RTC stay | DCPS |
| Community Participation  If service is not needed, provide explanation. | 100 hours Community Service | DCPS |
| Post-Secondary Education and Training  If service is not needed, provide explanation. | Vocational education work with transition teacher | DCPS |
| Independent and Adult Living  If service is not needed, provide explanation. | Develop skills to live as an adult | DCPS |

District of Columbia Public Schools  07-02-2001  Division of Special Education  IEP Attachment C  Transition Services Plan  Page 1 of 2

Student Name: Tiffany Martin
Student ID Number: 831140?   DOB: 10/3/89
Managing School: Eliot JHS
Attending School: Riverside Academy

DCPS - TRANSITION SERVICES PLAN
PAGE 2 OF 2

Date Developed: 9/21/05

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | Training in money and time management. Learn to use public transportation | DCPS |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | Vocational Education classes. Information about Post Secondary Education. Vocational Assessment required | DCPS |
| **Other** | | |

IV.

| Projected Exit Category (check one) | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| X | DC High School Diploma | 8 | # Credits Earned toward graduation | |
| | High School Certificate at age 21 | | | |
| | High School Certificate prior to age 21 | | # Community Service Hours Completed | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

V. Identify any other agencies likely to be responsible for providing or paying for specific transition services.

**Examples of Agency Linkages Needed for Transition**
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

District of Columbia Public Schools   07-02-2001   Division of Special Education   IEP Attachment C  Transition Services Plan   Page 2 of 2

**District of Columbia Public Schools**
**Washington, D.C.**

**INTERVENTION BEHAVIOR PLAN**

I.E.P. Attachment A
Intervention Behavior Plan

Date Developed: 9-2-05

Student Name: Tiffany Martin    ID# 8311409    DOB 10/3/89    Grade 10?
Address: 125  16th Street  NE    Washington  DC  20002
Telephone (H) (202) 546-7874  (W)    Counselor: Mark Schulman Leon
Attending School: Riverside Academy  Teacher ____  Room ____  Section ____

**TARGETED BEHAVIOR(S):**   Additional Comments: ☐

Pervasive inability to tolerate anxiety; History of verbal + physical aggression; Verbal disrespect towards authority; + truancy

**POSITIVE INTERVENTION STRATEGIES: Student Objective -**

Tiffany will ask for a time-out @ the 1st sign of frustration, use her pre-designed coping skills, and use staff of her choosing to de-escalate.

**Implementation description -**

Tiffany will carry a copy of her written coping skills and regularly process w/ a staff member throughout the school day, as to her success in using them.

**POSITIVE INTERVENTION STRATEGIES: Teacher Strategies**

Teacher will regularly monitor Tiffany's objective for positive intervention strategies indicated above + consistently provide praise while in the classroom + when appropriate.

**MONITORING SYSTEM: Responsible Teacher -** ____
**Describe System -**

Monthly progress reports from all of Tiffany's teachers will reflect her successes in utilizing coping skills + special education teacher (therapist) will monitor on a weekly basis.

**Data collection timeline -**

Weekly + Monthly monitoring + progress reports.

**FOLLOW-UP MEETING:** Date - TBD

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP ATTACHMENT A   INTERVENTION BEHAVIOR PLAN

# District of Columbia Public Schools Washington, D.C.

### Division of Special Education

## FUNCTIONAL BEHAVIORAL ASSESSMENT

Student **Tiffany Martin**    DOB **10/3/89**   DATE **09/21/05**

School **Riverside Academy**   Grade **10?**   Special Ed Coordinator **Beth Sullivan**

**Describe and Verify the Seriousness of the Problem.**

Tiffany has a pervasive inability to tolerate anxiety, with a history of physical and verbal altercations, unsafe sexual practices, substance abuse, verbal disrespect towards authority, and truancy.

Frequency_____ Intensity_____ Duration_____

**Identify specific characteristics of the behavior that is interfering with learning.**

Tiffany has significant difficulty coping with the teasing of peers and other stressful issues surrounding social interaction with those her own age in school. She also has considerable problems with class work at those times she is trying to cope with biological feelings of depression, usually in the morning, and those times she is withdrawn and depressed concerning disappointments of various magnitude.

**Collect Information on:** Time when the behavior does/does not occur; Location of the behavior; Conditions when the behavior does/does not occur; Individuals present (when most/least likely to occur); Events or conditions that typically occur before the behavior; Events or conditions that typically occur after the behavior; Common setting events; Other behaviors that are associated with the problem behavior.

**What environmental conditions may affect the behavior?**

An unstructured or loosely structured program will contribute greatly to the perpetuation of Tiffany's problems with focus and anger.

**What does the student view as positive reinforcement?**

Tiffany responds in a positive manner through verbal positive reinforcement from authority for a job well done or encouragement that she is capable.

**What interventions were previously attempted, and what were the results?**

Tiffany has responded positively to smaller class sizes and one-on-one interaction.

**Collect information on possible functions of the problem behavior.**

☐ **Direct Assessment**
  ☐ Scatterplots   ☐ ABC Charts   ☐ Rating Rubric   ☐ Amount versus quality of behavior

☐ **Indirect Assessment**
  ☐ Interviews   ☐ Questionaires   ☐ Surveys

Analyze information using triangulation and /or problem pathway analysis.

Generate a hypothesis statement regarding probable function of problem behavior. Test the hypothesis statement regarding the function of the problem behavior.

District of Columbia Public Schools   07-02-2001   Division of Special Education   FBA