UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER MASSEY, et al., )
            )
      Plaintiff, )
v. ) Civil Action No. 05-2033
  ) Judge Lamberth
DISTRICT OF COLUMBIA, et al., )
  )
      Defendants. )

DECLARATION OF LORI LUDWICK

1.      My name is Lori Ludwick. I am the Parent Partnership Officer for Division 6 schools, DC Public Schools. Division 6 schools include DCPS Citywide Special Education Schools and Centers. My responsibilities include monitoring of the programs within Division 6, which includes M.M. Washington Center (MMW) and D.C. Alternative Learning Academy (DCALA). I have a Master degree in Social Work and have worked with DCPS Office of Special Education for more than seven years. I have been in my current position for approximately one year.

2.      I received a request to consider whether any Division 6 school could implement Tiffany Martin's IEP, dated September 21, 2005. Ms. Martin's IEP requires a 61-100% program (often referred to as full-time) for ED/LD students, with 25 hours of specialized instruction. Her IEP also calls for two hours a week of counseling and one hour a week of art therapy. I also reviewed her Treatment Plan Update/Discharge Summary (8/11/05), Comprehensive Integrated Psychiatric (8/1/04), Psychoeducational (8/5/04), all from Riverside.

3.      Based upon my review of the documents and my extensive knowledge of the Division 6 programs, I recommended two programs, MMW and DCALA. Due to the upcoming court hearing, I immediately communicated that information to Judith Smith (DCPS Director of Federal and Family Court Monitoring) on October, 13, 2005.

4.      Ms. Smith communicated back to me that both programs had been offered, through the Office of the Attorney General, to the parent's advocate and that no response had been received. Given that, I recommended that we issue a "Prior Notice" (formerly called a Notice of Placement) for MMW, as federal and local law require that we consider public programs in the first instance. MMW is a public high school. DCALA is a public-private partnership. Ms. Smith and I both communicated this information to the assigned DCPS Placement Specialist for Riverside, Ms. Kym Grafton, who issued the notice to MMW on October 17, faxed it to the advocate and mailed it to the parent.

5.      MMW is a DCPS Special Education Center located in DC, serving students whose primary disability is Emotional Disturbance (ED) and those with a secondary disability of LD (Learning Disabled). It provides an academic program with the ability for high school aged students to earn Carnegie unit/credits toward their high school diploma. The student ratio is no more than 10:2 (10 students to one teacher and one aide). In addition, it provides a full time therapeutic setting with a school-wide behavior program, intensive counseling services, crisis intervention and all appropriate related services. In addition, DCPS employs a Licensed Art Therapist, Adrienne Syphrett, who will come to MMW to provide the necessary Art Therapy.

6.        DCALA has several programs located throughout DC - one for 6th through 8th grades, one for 9th and 10th grades, one for 11th and 12th grades and one that serves 9th through 12th grades. DCALA provides similar services to MMW.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 27, 2005.

_____
Lori Ludwick