UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER MASSEY, *et al.*, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2033<br>Judge Lamberth |

DECLARATION OF GINA SCALES-JOHNSON

1. My name is Gina Scales-Johnson. I am the Resolution Session Scheduling Coordinator for Residential programs, NonPublic Unit, DC Public Schools, Office of Special Education. My responsibilities include scheduling of the resolution sessions pursuant to due process hearing complaints.

2. DCPS procedures, consistent with federal law, require that DCPS contact the parent to schedule the resolution session.

3. On October, 12, 2005, I received a copy of the Due Process Complaint Notice filed on October 11, 2005, by Warner Massey on behalf of Tiffany Martin. On October 18, 2005 at 2:01 pm and at 3:40 pm and I called Mr. Massey at 202-546-7874 and left messages regarding scheduling the Resolution Session. I also left at a message on October 19, 2005 at 2:00 pm and one message on October 25, 2005 at 3:47 pm. I did not receive a response to any of these messages.

4. As I had received no response to my phone calls, on October 25, 2005, I sent a written Resolution Session meeting notice scheduling the session for November 4, 2005,

at 9:00 a.m. to Mr. Massey by certified and regular mail and faxed to Benjamin Krull at D.C. School of Law by fax on October 27, 2005. (copy attached).

I declare under penalty of perjury that the foregoing is true and correct. Executed October 27, 2005.

Gina Scales-Johnson