DISTRICT OF COLUMBIA PUBLIC SCHOOLS
OFFICE OF ACADEMIC SERVICES

## RESOLUTION MEETING CONFIRMATION
(RMC)

_ PUBLIC         ___DPCS CHARTER         __ LEA CHARTER         _X_ NONPUBLIC         ___ PRIVATE/RELIGIOUS

**Tiffany Martin**
Student

**October 3, 1989**
DOB

**Riverside Hospital**
School

**Dear Mr. Warren Massey:**
Parent/Guardian

Pursuant to the Individuals With Disabilities Education Improvement Act of 2004 § 615 (f)(1)(B), this is a confirmation of your meeting to discuss your pending due process complaint and the facts that support it. The goal of the resolution meeting is to discuss the complaint and provide an opportunity for DCPS to resolve it. The IDEA 2004 provides that prior to an impartial due process hearing a resolution meeting must be held within 15 (fifteen) days of your filing your complaint. The resolution meeting must include the local education agency, DCPS and the parent of the child.

Therefore, your participation is required by IDEA 2004 and essential in an attempt to resolve your concerns. The District of Columbia Public Schools hopes that you will make every effort to attend this meeting. As previously stated, the resolution meeting is required prior to a due process hearing. Please be advised that failure to attend this meeting may result in a waiver of your right to due process hearing.

**The date, time and place of the meeting are printed below.**

**November 4, 2005**
Date

**9:00 am**
Time

**DCPS – Union Square**
**825 North Capitol Street., N.E. Sixth Floor**
**Washington, D.C. 20002**
**(202) 442-5509 or 442-4800**

**Gina Scales-Johnson**
October 25, 2005
Sent By

RMC Letter of Confirmation to the Parent
6-14-05

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Mr. Warner Massey
Street, Apt or PO Box: Guardian of Tiffany Martin
        125 16th Street, NE
City, State: Washington, D.C. 20002

PS Form 3800, January 2001          See Reverse for Instructions