```
                      ************************
                      ***    TX REPORT     ***
                      ************************

          TRANSMISSION OK

          TX/RX NO                  4334
          CONNECTION TEL                      92745569
          SUBADDRESS
          CONNECTION ID
          ST. TIME                  10/26 23:50
          USAGE T                   00'37
          PGS. SENT                 2
          RESULT                    OK
```

825 North Capitol St, NE
6th floor
Washington, DC 20002
Phone: 202-442-4800 (x5509)
Fax: 202-442-5524

# Fax



| | | | |
|---|---|---|---|
| **To:** | Benjamin Kull-David A. Clark School of Law | **From:** | Gina Scales-Johnson |
| **Fax:** | (202) 274-5569 | **Date:** | October 27, 2005 |
| **Phone:** | (202) 274-7314 | **Pages:** | 2 |
| **Re:** | Tiffany Martin | **CC:** | |

☐ Urgent    x For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•**Comments:** Courtesy Copy- Resolution Session schedule for November 4, 2005 @ 9:00 am