# Attachment B
Affidavit of Warner Massey

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER MASSEY, *et al.* )
    Plaintiffs, )
                v. )    Case No. 1:05-cv-2033 (RCL)
DISTRICT OF COLUMBIA, *et al.* )
    Defendants. )

**AFFIDAVIT OF WARNER MASSEY IN SUPPORT OF
PLAINTIFFS' REPLY MEMORANDUM TO DEFENDANTS' ADDENDUM TO
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1. My name is Warner Massey. I am the father of T.M.

2. On October 28, 2005, I visited MM Washington Center along with my daughter (T.M.), my wife (T.M.'s mother), Ms. Maleka Walters (T.M.'s counselor), and Mr. Benjamin Kull (our special education advocate). We were given a tour of the school by Mr. Peter Noble, one of the school's social workers. We also met briefly with Mr. Martin Cherry, the school's special education coordinator.

3. Mr. Noble explained to us that the goal of MM Washington Center "is for the students to leave." He said that the school is for students with behavioral problems. They try to help students resolve their behavioral problems so that the students can return to their neighborhood schools.

4. Mr. Noble stated that the student-to-teacher ratio at MM Washington Center is twelve-to-one, but that most classes have a teacher's aide, so the ratio in those classes is twelve-to-two. He stated that the school is going through a transition period right now. They have a new principal. They also have a number of new teachers, as they lost some teachers this

year.

5. Mr. Noble explained that MM Washington Center is located in the same building directly below the regular education MM Washington high school. Students from both the special education school in the basement and the regular education school upstairs are released at the end of the day at the same time.

6. Mr. Cherry told us that he did not know who T.M. was. He did not know that T.M. had been placed at MM Washington Center. He said that he believed a placement meeting is normally held before a placement is made.

7. Mr. Cherry did have some of T.M.'s records, including her most recent IEP and some medical records. However, he said that this was the first time he had ever looked at them. He said that the records had arrived as part of a "batch" of student records from DCPS, but that no one from DCPS had ever contacted him about our daughter or asked him if MM Washington Center would be appropriate for her.

8. MM Washington Center is located at 27 O Street, N.W. I am familiar with that neighborhood. Before she was at Riverside Hospital, our daughter would run away from home frequently. She would often run away to the neighborhood where MM Washington Center is located (specifically, the unit block of K Street, N.W., and the 100 block of P Street, N.W.). When she would run away there, she would use drugs and alcohol, and also solicit herself.

9. I am extremely concerned about sending our daughter to school in that neighborhood because of the serious problems she has had there in the past. My wife shares these same concerns. We are also very worried about the fact that T.M. would be leaving school each day with all the students from the regular education high school. T.M. is very easily

        distracted and very easily influenced by others. We are not able to drop her off and pick her up everyday as soon as school lets out.

10. On October 29, 2005, I received in the mail a notice regarding a resolution meeting scheduled for November 4, 2005. The envelope was postmarked October 28, 2005. This notice is the only mail I have received from DCPS regarding my daughter since her discharge from Riverside.

11. On October 28, 2005, Mr. Kull phoned our home to ask if we had received any phone messages from DCPS. We do not check our voicemail regularly. Before this day, the last time we checked it was sometime in September. When Mr. Kull called us that day, we checked our voicemail. There was only one message from a DCPS representative, Ms. Scales-Johnson. In the message, she stated that this was her third time "trying to call" me regarding the resolution session. (She did not say that this was her third message.) She said if she didn't hear back from me that day, she would set up a date for the session and then call to tell me the date. We received no other messages from her. None of our other family members recall receiving any such phone calls. When someone takes down a phone message in our home, we do not have problems with the messages being relayed.

12. DCPS has never contacted us to schedule an educational placement meeting for our daughter. The last time we discussed placement with a DCPS representative was at the September 21, 2005 IEP meeting. At that meeting, Ms. Kymberly Grafton, the DCPS representative, told us that DCPS had no placement, but that they would propose one by September 26, 2005. We never heard anything from DCPS after that date regarding placement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2005.

_____
Warner Massey