# Attachment C
Copy of envelope

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

Case 1:05-cv-02033-RCL    Document 9-4    Filed 10/31/2005    Page 1 of 2





Mr. Warner Massey
Guardian of ▮▮▮
125 16th Street, NE
Washington, D.C. 20002

7002 0510 0002 5172 0404

CERTIFIED MAIL

District Of Columbia Public School
Attn: Gina F. Scales-Johnson
Office of Special Education
825 North Capitol Street, NE, 6th Floor
Washington, DC 20002