# Attachment D

Printout of United States Post Office "Track and Confirm" webpage

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

USPS - Track & Confirm

Page 1 of 1

UNITED STATES
POSTAL SERVICE®

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7002 0510 0002 5172 0404
Detailed Results:

• **Delivered, October 29, 2005, 1:50 pm, WASHINGTON, DC 20002**
• Arrival at Unit, October 29, 2005, 7:41 am, WASHINGTON, DC 20002

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    ( Go > )

 POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy