# Attachment E
Affidavit of Maleka Walters

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER MASSEY, et al. )
    Plaintiffs, )
)
v. ) Case No. 1:05-cv-2033 (RCL)
)
DISTRICT OF COLUMBIA, et al. )
    Defendants. )
)

### AFFIDAVIT OF MALEKA WALTERS IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1. My name is Maleka Walters. I am a Multi-Systemic Therapy (MST) Family Counselor at Youth Villages, a mental health services provider located in Arlington, Virginia.

2. I have a Masters of Science degree in marriage and family therapy. I have a Bachelors of Arts degree in psychology.

3. T.M., Plaintiffs' daughter, has been my client since August 11, 2005.

4. As T.M.'s MST Family Counselor, I provide her with home-based therapy. Since T.M. has been my client, I have met with her and her family, on average, three times per week.

5. My therapy work with T.M. and her family has primarily focused on: aiding with her transition from residential placement at Riverside Hospital, ensuring that her psychiatrist-prescribed medication is administered properly, working with T.M. on safety planning and following the rules and structure of the home.

6. The primary focus of T.M.'s safety planning has been her history of running away from home.

7. In the year prior to her admission to the residential treatment program at Riverside

Hospital in August 2004, T.M. ran away from home approximately 20 times. When she would run away from home, she would interact with negative peers who were substance users. She would also often run away to the neighborhood in which MM Washington Center is located.

8. My safety planning work with T.M. has focused on identifying the triggers which caused T.M. to run away from home in the past. Our goal is to prevent such behaviors by developing positive coping skills and appropriate supervision in the home.

9. As recently as last week, T.M. left home without permission with a male peer. Therefore, the run-away behavior continues to be of concern.

10. T.M. is easily influenced by negative peers, many of whom in the past frequented the neighborhood where MM Washington Center is located, and also have had a history of substance issues and involvement with law enforcement.

11. T.M. requires regular monitoring and supervision in the home and community. This supervision is needed due to the history of behaviors and amount of psychotropic medication she has been prescribed.

12. Due to her medication, T.M. is also forgetful. This forgetfulness is problematic because she becomes distracted and will not attend to the task requested. T.M. requires prompts from others as reminders to complete tasks.

13. On September 12, 2005, I visited Leary School, Prince George's County, along with T.M., her mother, and T.M.'s special education advocate, Benjamin Kull. Leary School is in a suburban, isolated location, where T.M. would not be exposed so closely to the same type of destructive influences as she would at MM Washington Center.

14. On October 28, 2005, I visited MM Washington Center along with T.M., her parents, and

Mr. Kull. We were given a tour by Mr. Peter Noble, a school social worker. We met briefly with Mr. Martin Cherry, the school special education coordinator. Mr. Noble explained to us that MM Washington Center's goal is for the students to leave the school. He said the school's main focus is on addressing students' behavioral problems so that they can return to their neighborhood schools. He also told us that the teacher-student ratio is twelve-to-one, but that most classes have a teacher's aide. Mr. Cherry said he did not know that DCPS had tried to place T.M. at MM Washington Center. He had not reviewed T.M.'s records until we met with him.

15. Based on my work as T.M.'s MST Family Counselor, my understanding of her needs of supervision and structure, her history of running away, and the potentially disabling effect of attendance at a school in that neighborhood, I believe that it would be detrimental for T.M. to attend school at MM Washington Center. That particular neighborhood is closely linked to the self-destructive behavior of T.M.'s running away. Visiting that neighborhood everyday to attend school has a great potential to cause her to engage in past behaviors or become negatively influenced by peers or others in the neighborhood.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2005.

*[signature]*
Maleka Walters