# Attachment G
July 2005 test results

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

Summary and Score Report - COMPUSCORE VERSION 1.1b                                    Page 2
M███, T███
July 21, 2005

TABLE OF SCORES: *Woodcock-Johnson III Tests of Achievement*
Norms based on grade 8.0

| CLUSTER/Test | RAW | GE | EASY | to DIFF | RPI | PR | SS(68% BAND) |
|---|---|---|---|---|---|---|---|
| MATH REASONING | – | 3.3 | 2.6 | 4.1 | 11/90 | 2 | 70 (67-73) |

Form A of the following achievement tests was administered:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 50 | 4.2 | 3.6 | 5.0 | 19/90 | 13 | 83 (81-86) |
| Calculation | 13 | 3.2 | 2.6 | 4.0 | 12/90 | 1 | 67 (61-72) |
| Writing Fluency | 7 | 2.3 | 1.6 | 3.1 | 4/90 | 1 | 63 (59-67) |
| Passage Comprehension | 21 | 2.3 | 1.9 | 2.8 | 12/90 | 1 | 65 (60-70) |
| Applied Problems | 28 | 2.8 | 2.3 | 3.5 | 4/90 | 2 | 70 (66-74) |
| Quantitative Concepts | – | 3.9 | 3.0 | 4.9 | 27/90 | 6 | 77 (72-81) |