# Attachment H
Covers of past IEPs

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

12/02/2004 16:56 FAX 2024425517        DCPS SPECIAL EDUCATION                     ☐009/010

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page: of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last M▓▓▓▓    First T▓▓▓▓    M / **M**
Student ID 8311409    Soc. Sec. No. 5▓▓-25-6009    Age: 15    Grade: 9
Gender: Female    Date of Birth: ▓▓/▓▓/89    Ethnic Group: Afro American
Address: 125 16th Street, NE
City: Washington    State: D.C.    Zip Code: 20002
☐ Non-attending
Attending School: Riverside Academy    Home School: Eliot JHS
☐ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /
Parent: Warner Massey & Kathy Martin
Address of (if different from student):    ☒ Parent  ☐ Guardian  ☐ Surrogate
Telephone: Home ( 202 ) 546 - 7874    Work ( )

## II. CURRENT INFORMATION

Date of IEP Meeting: 11/5/04
Date of Last IEP Meeting: 5/5/2004
Date of Most Recent Eligibility Decision: 5/14/2002
Purpose of IEP Conference:
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr Re-Eval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| X | BEHAVIOR | | TRANSPORTATION |
| | ESY | | TRANSITION |

To be completed by Office of Bilingual Education - English and Math Proficiency Assessment
Oral
Rdg./Written
Instrument:
Date:

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | N/A |
| Parent | English | English | English | N/A |
| Home | English | English | English | N/A |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min. D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Special Education Instruction | 25 | hr. w | Special Education Teacher | 11/6/04 | 12 mos |
| Counseling-Individual | 1 | hr. w | Social Worker | 11/6/04 | 12 mos |
| Counseling-group | 1 | hr. w | Social Worker | 11/6/04 | 12 mos |
| | | | | | |
| TOTAL | | Hours Per Week | | | |

## V. Disability(ies)

Emotionally Disturbed

☐ (Check if setting is General Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%
Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

WARNER MASSEY    /s/ Warner Massey        Charles B. Rosser    /s/ Charles B. Rosser
Kathy Martin     /s/ Kathy Martin         Kymberly Grafton     /s/ Kymberly Grafton
Khadija Al-Salam /s/ Khadija Al-Salam
Vanna Kockosky   /s/
▓▓▓▓▓▓▓▓▓▓       /s/                      MARK SCHULMAN, LGSW  /s/ Mark Schulman

☒ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature: /s/ Warner Massey    Date: 11-5-04

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

07/30/2004 15:15 FAX 202 5{ }1697                                                                                                     ☒003

M████ T████
MR #09-10-01-3
Admission Date: 7/30/04
DOB: ████89

### DISTRICT OF COLUMBIA PUBLIC SC
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

Page 1 of 4
Additional Comments: ☐

**I. IDENTIFICATION INFORMATION**

**II. CURRENT INFORMATION**
Date of IEP Meeting: 05/ 05/2004
Date of Last IEP Meeting: 05/16/2003
Date of Most Recent Eligibility Decision: 05/14/2002

Student Name: Last M████   First T████   MI
Student ID 8311409   Soc. Sec. No.   Age: 14   Grade 8
Gender: ☐ M ☒ F   Date of Birth: ████ 1989   Ethnic Group: Black
Address: 125 16th Street   NE
Washington   DC   20002
☐ Non-attending
Attending School: Garnet Patterson Middle School   Home School: Elliott Jr. High School
☐ Elem. ☒ Mid/JHS ☐ SHS ☐ CWS /
Parent: Ms Kathy Martin
Address of (if different from student):   ☒ Parent ☐ Guardian ☐ Surrogate
Telephone: Home 202-546-7874   Work

Purpose of IEP Conference:
☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)
☒ BEHAVIOR   ☐ TRANSPORTATION
☐ ESY   ☒ TRANSITION

**III. LANGUAGE**

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | none |
| Parent | English | English | English | none |
| Home | | | | |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral _____
Rdg./ Written _____
Instrument _____
Date _____

**IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY**

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr/Min D/W/M/L | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|
| Specialized Instruction | 18:45 18:45 | Hours | Week | Special Education Teacher | 05/ /2004 | 10 mos. |
| Counseling | 1:00 1.00 | Hours | Week | Social Worker | 05/ /2004 | 10 mos. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | 18:45 18:45 | Hours Per Week | | | | |

**V. Disability(ies)**   Emotional Disturb
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☐ 21-50%   ☒ 51-100%
Percent of time NOT in a Regular Education Setting 39%

**VI. IEP TEAM** (Participants in the development of the IEP)   Print and sign your name below.

Kathy Martin            Kathy Martin            Parent
Chiquita L. Taylor      Chiquita L. Taylor      Special Education Teacher
Harriet Dixon           Harriet Dixon           Regular Education Teacher

☒ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature: Kathy Martin     Date 4-5-04

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last M———    First T———    MI ___
Student ID: 8311409    Soc. Sec. No. ___    Age: 14    Grade ___
Gender: ☐ M  ☐ F    Date of Birth: —/—/89    Ethnic Group: African American
Address: 1425 Ames Pl NE, Washington DC
☐ Non-attending
Attending School: Eliot JHS    Home School: Eliot JHS
☐ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /
Parent: Warner Massey
Address of (if different from student): ☐ Parent  ☐ Guardian  ☐ Surrogate
Telephone: Home ___    Work ___

## II. CURRENT INFORMATION

Date of IEP Meeting: 05/16/03
Date of Last IEP Meeting: 5/14/02
Date of Most Recent Eligibility Decision: 5/14/02
Purpose of IEP Conference:
☐ Initial IEP    ☑ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)
☑ BEHAVIOR    ☑ TRANSPORTATION
☐ ESY    ☑ TRANSITION

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | None |
| Parent | English | English | English | None |
| Home | English | | | |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral: ___
Rdg./ Written: ___
Instrument: ___
Date: ___

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min  D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Counseling | / / / | 1 HR  W | Soc Worker | 05/23/03 | 10 mos |
| Sp. Instruction | 26.5 26.5 | | Sp. Ed | 05/20/03 | 10 mos |
| | | | | | |
| **TOTAL** | 27.50 27.50 | Hours Per Week | | | |

## V. Disability(ies)    ED

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%    ☐ 21-60%    ☑ 61-100%
Percent of time NOT in a Regular Education Setting: 100

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Hammed Massaley — [signature]
Fulton Hoist — [signature]
Dorothy Campbell — [signature]
Warner Massey — [signature]

☑ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature: Warner Massey    Date: 05/16/03

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix A    IEP Page 1 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page 1 of 4
Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last ████████ First ████████ MI ___
Student ID: 8311409  Soc. Sec. No. ████████  Age: ██  Grade: 6
Gender: ☐ M ☑ F   Date of Birth: ██████89  Ethnic Group: Afro American
Address: 1425 Ames Place N.E.
City: Washington, State: D.C., Zip Code: 20002
☐ Non-attending
Attending School: Maury   Home School: Maury
☑ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /
Parent: Warner Massey + Kathy Martin
Address of (if different from student): ☑ Parent ☐ Guardian ☐ Surrogate
Telephone: Home ____ Work ____

### II. CURRENT INFORMATION
Date of IEP Meeting: 5-14-02
Date of Last IEP Meeting: 5-11-01
Date of Most Recent Eligibility Decision: 5-14-02
Purpose of IEP Conference: 5-14-02 Conf
☐ Initial IEP  ☑ Review of IEP
☐ Requested Eval.  ☑ 3yr ReEval.

Indicate Level of Standardized Assessment: Stanford 9 Level TN

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)
☑ BEHAVIOR   ☑ TRANSPORTATION
☐ ESY        ☐ TRANSITION

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | none |
| Parent | English | | English | none |
| Home | English | | | none |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral: ____
Rdg./ Written: ____
Instrument: ____
Date: ____

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 7.5 | 7.5 | hr | W | Special Ed Teacher | 5-15-02 | 10 | mos |
| Psycho-Social Coun | | 1 | 1 | hr | W | Soc. Worker/Psycho | 5-15-02 | 10 | mos |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | 8.5 | 8.5 | Hours Per Week | | | | | |

### V. Disability(ies): Multiple Disabled (LD/ED)
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☑ 21-60%  ☐ 61-100%
Percent of time NOT in a Regular Education Setting: 16%

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Jamila Mitchell  Jamil O. Mitchell, Ph.D.    Hubert Williams  Hubert Williams
Anna Bowman  Anna A. Bowman MSW             Renee S. Jackson  Renee S. Jackson
Cherie A. Jackson  Cherie Jackson Counselor/LEA Rep.
Dale A. Talbert  Dale A. Talbert, Principal
Kathy Martin  Mom

☑ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature: Kathy Martin    Date: 5-14-02

District of Columbia Public Schools  07-02-2001  Division of Special Education   Appendix - A   IEP Page 1 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS – IEP Page 1 of 4



## I. IDENTIFICATION INFORMATION

Student Name: Last M█████  First J█████  MI __
Student ID 83 11409  Soc. Sec. No. ███-██-6009  Age 11
Grade 5  Gender M __ F ✓  Date of Birth █-██-89  Ethnic Group Afro Amer
Address 1425 Ames Place, N.E.
Washington, DC. 20002
School (Home) Maury  (Attending) Maury
✓ Elem.  __ Mid/JHS  __ SHS  __ CWS / __ Non-attending
Parent: Warner L. Massey
Address of (if different from student): ✓ Parent  __ Guardian  __ Surrogate
_____
Telephone: Home 546-9410  Work ___

## II. CURRENT INFORMATION

Date of IEP Meeting 5/11/01
Date of Last IEP Meeting 5-10-01
Date of Most Recent Eligibility Decision: 5-6-99

Purpose of IEP Conference:
__ Initial IEP   ✓ Review of IEP
✓ 3yr Reeval.  __ Requested Eval.

Indicate Level of Standardized Assessment:
Standford 9 - Level II

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used For Evaluation | Language Used In Conference | Communication Requirements | To be completed by Language Minority English Assess./Eval. |
|---|---|---|---|---|---|
| Student | English | English | English | None | Oral _____ Rdg./Written _____ Instrument: _____ Date.: _____ |
| Parent | English | English | English | None | |
| Home | English | English | English | None | |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | FREQUENCY Hr./ Min. D/W/M. | PROVIDER (by discipline) | SETTING Gen. Ed. / Sp. Ed. | BEGINNING DATE Month/Day/Year | DURATION No. of wks. or m |
|---|---|---|---|---|---|
| Psycho-Soc. Counsel | 30 min / 1x/wk | Social Worker/Psycho | .5 | 5-14-01 | 10 months |
| Specialized Instruc | 12 hrs 5x/wk | Sp. Ed. Teacher | 7.5 | 5-14-01 | 10 months |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | 8.0 | | |

V. Disability(ies) Learning Disabled   ED. SETTING B   AMOUNT OF SPEC. SERV. 8.0
(✓ Check if setting is general ed.)   PERCENT OF TIME NOT IN REGULAR EDUCATION SETTING 25%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below:

✓ Parent/Guardian Warner L. Massey
Special Education Teacher Aylene Williams
General Education Teacher Saundra A. Wood
LEA Representative Coleries A. Jackson
Evaluator _____
Principal Oner A. Fulton

Student _____
Surrogate _____
Other Frankie Small, Jr. Chee, MSW/LGSW
Other _____
Other _____
Other _____

✓ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

✓ Parent/Guardian Signature Warner L. Massey   Date 5-11-01

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   10-5-00   DIVISION OF SPECIAL EDUCATION   APPENDIX - A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS – IEP
Page 1 of 4

**IDENTIFICATION INFORMATION**

Last: M_____    First: T_____    MI: M.
Prudential Health
8311409    Soc. Sec. No. _____6009    Medicaid No. 57725600901
Gender: __ M  X F    Date of Birth ____99    Ethnic Group: Black
425 Ames Place, N.E.
Washington, D.C. 20002

_____ (Attending) Burrville
__ id/JHS  __ SHS  __ CWS /  __ Non-attending
___ L. Massey
(different from student): X Parent  __ Guardian  __ Surrogate
202-546-7179    Work __-__

**II. CURRENT INFORMATION**

Date of IEP Meeting: 5-10-0_
Date of Last IEP Meeting: 5-6-99
Date of Most Recent Eligibility Decision: 5-6-99

Purpose of IEP Conference:
__ Initial IEP    X Review of IEP
__ 3yr Reeval.    __ Requested Eval.

Indicate Level of Standardized Assessment: II

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

| Language | Language Used For Evaluation | Language Used In Conference | Communication Requirements | To be completed by Language Minority English Assess./Eval. |
|---|---|---|---|---|
| English | English | | | Oral _____ |
| English | | English | | Rdg./Written _____ Instrument: _____ |
| English | | | | Date.: _____ |

**EDUCATION AND RELATED SERVICES SUMMARY**

| | FREQUENCY Hr./Min. | Day/Wk/Mo. | PROVIDER (by discipline) | SETTING Gen. Ed. | Sp. Ed. | BEGINNING DATE Month/Day/Year |
|---|---|---|---|---|---|---|
| struction | 1½ hr | 4X wk | Special Ed. Teacher | | 6:0 | 5-11-00 to 5/01 |
| nseling | 45 min. | 1X wk | Soc.Worker/Psychologist | | .45 | 5-11-00 to 5/01 |
| | | | | | 6.45 | |

Learning Disabled    ED. SETTING  8    AMOUNT OF SPEC. SERV. 6¾ hr.
(__ Check if setting is general ed.)    PERCENT OF TIME NOT IN REGULAR EDUCATION SETTING  22%

Participants in the development of the IEP)    Print and sign your name below: