# Attachment I
Test results from May 2002 IEP

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

| | |
|---|---|
| Student Name: ███████ | Managing School: Maury |
| Student ID Number: 83▇▇469   DOB: | Attending School: Maury |

DCPS - IEP
Page 2 of 4

### VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas: (Evaluator)**

Math Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- Math Cal. ____
- Math Rea. ____
- See goal page: ____
- Date: ____

Reading Strengths: The student has good word recognition skills

Impact of disability on educational performance in general education curriculum:
#AW The students desability continues to impact the students reading comprehension.

- Rdg. Com  5.0
- Rdg. Basic  4.0
- Written Ex. ____
- See goal page: ____
- Date: ____

**Communication (Speech & Language) (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
- Exp. Lang. ____
- Rec- Lang. ____
- Artic ____
- Voice ____
- Fluency ____
- Exp. Voc. ____
- Rec. Voc. ____
- See goal page: ____
- Date: ____

**Motor/Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available

See goal page: ____
Date: ____

**Social Emotional Behavioral Areas: (Evaluator)**
Strengths: ███ wants to improve her behavior and social interaction

Impact of disability on educational performance in general education curriculum:
There is a significant impact on Tyyany's academic functioning

Score(s) When Available

See goal page: ____
Date: ____

**Cognitive/Adaptive Behavior: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page: ____
Date: ____

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page: ____
Date: ____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4