# Attachment J

Affidavit of Diana Mendelsohn

*Massey, et al. v. District of Columbia, et al.*
1:05-cv-2033 (RCL)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARNER MASSEY, *et al.* )
   Plaintiffs, )
)
v. ) Case No. 1:05-cv-2033 (RCL)
)
DISTRICT OF COLUMBIA, *et al.* )
   Defendants. )
)

AFFIDAVIT OF DIANA MENDELSOHN IN SUPPORT OF
PLAINTIFFS' REPLY MEMORANDUM TO DEFENDANTS' ADDENDUM TO
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1. My name is Diana Mendelsohn. I am a Community Support Specialist at Community Connections, a Community Service Agency (CSA) which provides outpatient mental health services, located in Washington, D.C. I have held this position since July 2005.

2. From 2004 to June 2005, I worked as an Intensive In-Home therapist at Beyond Behaviors, a CBI, located in Annandale, VA where I provided intensive home-based therapy for children and adolescents.

3. From 2003 to 2004, I worked as an Intensive In-Home therapist at Northwestern Community Service Center located in Winchester, Virginia, where I provided home-based therapy for children and adolescents.

4. I have a Masters of Arts degree in counseling psychology. I have a Bachelors of Arts degree in psychology and religion.

5. Since September 2005, I have been a member of T.M.'s treatment team, specifically the Clinical Case Manager for T.M., Plaintiffs' daughter. I work

closely with other members of T.M.'s treatment team, including Hadassah Aaronson, M.D. and Corinne E. Meijer, Ph.D.

6. T.M. is currently diagnosed with Bipolar II and is receiving outpatient mental health services from Community Connections in the context of a long history of serious mental illness that includes a trauma history, multiple hospitalizations, running away, unstable mood and behaviors including aggressive behaviors toward others at school, home and in the community.

7. As T.M.'s Case Manager, I am responsible for the development and implementation of her treatment plan, along with other members of her treatment team (including Dr. Aaronson and Dr. Meijer). I am also responsible for exploring various community resources that might improve specific domains of T.M.'s daily functioning. Specifically, in T.M.'s treatment plan I am responsible for ensuring that there is a smooth transition back into the home, ensuring her educational needs/resources are being met, encouraging extracurricular activities, as well as educating and developing with T.M. new coping strategies.

8. I meet with T.M. on a weekly basis.

9. In addition to T.M., I am the Case Manager for eighteen other youths, sixteen of whom are also special education students in the District of Columbia. I am responsible for monitoring these youths' school placements as well.

10. On September 21, 2005, I attended the Individualized Education Program (IEP) meeting held for T.M. at Riverside Academy.

11. I have read T.M.'s most current Individualized Education Program (IEP) and am aware that it calls for a "structured setting with behavioral supports" and a "behavior management system that includes positive incentives".

12. On October 28, 2005, at approximately 11:00 a.m., I visited MM Washington Center. My visit was on a Friday when school was in session.

13. In touring MM Washington Center, I observed that the environment was chaotic with students running down the hallways, yelling curse words at one another, and being disrespectful of authority figures.

14. Based on my work as T.M.'s Case Manager, I do not feel that MM Washington is an appropriate fit for T.M. Given T.M.'s history of serious mental illness, trauma, unstable recovery and functioning, her risk of decompensating and returning to the hospital will be much greater in a setting like MM Washington. The risk is great that T.M. will revert to aggressive behaviors, truancy, and regression in order to cope with a school that will exceed her ability to cope.

15. T.M. has a history of truancy. After visiting both schools, she reported that she liked the Leary School and could see herself going there. In my experience with MM Washington, there is no strict attendance policy, nor is any specific disciplinary action taken if a student is absent. T.M. also has a history of running away to the neighborhood where MM Washington Center is located, which would only enable her truancy problem to continue.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2005.

_____
Diana Mendelsohn, M.A.
Community Support Specialist