UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WARNER MASSEY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2033 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of plaintiffs' motion for a preliminary injunction, the response thereto, the applicable law and the entire record herein, it is hereby

ORDERED that plaintiffs' motion for a preliminary injunction is GRANTED. It is

FURTHER ORDERED that defendants shall immediately (a) place Tiffany Martin at Leary School; and (b) arrange for and fund all related aspects of Tiffany Martin's education at Leary School, as provided for under the relevant law, until such time as an impartial due process hearing may be held on this matter pursuant to 20 U.S.C.A. § 1415(f) and further Order of this Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 3, 2005.