UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WARNER MASSEY, *et al.* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-2033 (RCL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT REQUEST FOR CONTINUANCE OF STATUS HEARING**

On November 9, 2006, the Court scheduled a status conference in this matter for 11:30 A.M. on November 15, 2006. Unfortunately, attorneys for both parties in this matter are unavailable on that date and at that time. The attorney for the Plaintiffs, Joseph Tulman, who is the Director of the Clinical Programs at the U.D.C. David A. Clarke School of Law, is scheduled to host a program for the first- and second-year law students at which he and the other clinical faculty will present the clinical program to the students. Maria Merkowitz, attorney for the Defendants, is out of town this week.

Pursuant to LCvR 16.1(b), the parties request that the Court continue the status conference and reschedule it for December 4, 2006.

        Respectfully submitted,

        /s/ Joseph B. Tulman
        Joseph B. Tulman
        Attorney for Plaintiffs
        U.D.C. David A. Clarke School of Law
        4200 Connecticut Ave., N.W.  38/207
        Washington, DC  20008
        202 274-7317
        D.C. Bar 297671

EUGENE ADAMS
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section II
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
Edward.taptich@dc.gov

November 14, 2006