UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WARNER MASSEY**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-2033 (RCL) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

In light of the parties' joint request [15] for continuance of status hearing, and the entire record herein, it is hereby

ORDERED that the parties' joint request [15] for continuance of status hearing is GRANTED; and it is further

ORDERED that a status conference for the above-captioned matter shall be held on December 4, 2006, at 10:00a.m.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 14, 2006.