UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WARNER MASSEY**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2033 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon defendants' unopposed oral motion to dismiss the case, and the entire record herein, it is hereby

ORDERED that defendants' oral motion to dismiss the case is GRANTED without objection; and it is further

ORDERED that plaintiffs shall file any motion for attorneys' fees within fourteen (14) days of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 14, 2006.