Exhibit 2
(Ben Kull's Hours)

**Juvenile Clinic Time Sheet**

for the Week of Monday 8/22/05 through Sunday 8/28/05

Student:                    Benjamin Kull
Supervising Professor:      Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 8/24 | Tiffany Martin | Review emails from Joe re case status, meeting with Kim Grafton | .7 |
| 8/25 | Tiffany Martin | Phone call with counselor Malika Walters at Youth Villages and Joe re multi-systemic therapy | .2 |
| 8/25 | Tiffany Martin | Called Kymberly Grafton at DCPS re IEP meeting date; left message | .1 |
| 8/26 | Tiffany Martin | Called Kathy Martin to introduce myself, discuss date for IEP meeting | .2 |
| 8/26 | Tiffany | Read through case file | 1 |

* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

Page Total: ___2.2_____

This Week: __2 .2____

Semester Total: ___2.2____

**Juvenile Clinic Time Sheet**

for the Week of Monday 8/29/05 through Sunday 9/4/05

Student:                              Benjamin Kull

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 8/29 | Tiffany | Got message from Kimberly Grafton | .1 |
| 8/29 | TM | Called Beth Sullivan at Riverside, left | .1 |
| 8/29 | TM | Called Bob Cambridge, TM's defense atty, re case status and to introduce | .2 |
| 8/29 | TM | Called Kathy Martin to update her on IEP meeting date | .1 |
| 8/30 | Tiffany Martin | Rec'd call from Beth Sullivan at Riverside; returned her call, left | .2 |
| 8/30 | TM | Called Pathways School, left message for Eric Hooper, principal, to follow up on admission of TM | .1 |
| 8/30 | TM | Research Frost and Pathways, review last IEP and case file, create "to do" | 2 |
| 8/31 | TM | Phone call with Schulman at Riverside re TM's discharge | .3 |
| 8/31 | TM | Left message with Kymberly Grafton at DCPS re IEP meeting | .1 |
| 8/31 | TM | Phone call with Malika Walters re TM's visit tomorrow to Community | .2 |
| 8/31 | TM | Call to judge's chambers to confirm hearing time | .1 |
| 8/31 | TM | Research Maya Angelou, Leary School, and public schools online | .7 |
| 9/1 | TM | Phone call with Grafton re IEP | .2 |
| 9/1 | TM | Phone call with Pathways re TM's | .2 |
| 9/1 | TM | Phone call to Maya Angelou PCS re admissions | .2 |
| 9/1 | TM | Phone call with Beth Sullivan at Riverside re TM's discharge | .3 |
| 9/1 | TM | Meet with Joe re Sullivan call | .2 |
| 9/1 | TM | Call from Ms Martin re visit to Community Connections | .2 |
| 9/1 | TM | Draft letter to Leary School re | .4 |
| 9/2 | TM | Phone calls to Malika, Ms Martin and Community Connections re TM's new schedule | .3 |

| 9/2 | TM | Phone call with Mr Schulman re TM's discharge | .2 |
| 9/2 | TM | Meet with Joe re sending package to Leary School; check USPS website for ways to get it there by Tuesday | .4 |
| 9/2 | TM | Left message for Beth Sullivan re IEP | .1 |
| 9/4 | TM | Compile admission package for Leary School and write cover letter; discuss same with Joe and with Ms. Martin over phone; send from post office at | 4.5 |

* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

Page Total: _____

This Week: __11.4__

Prior Weeks: __2.2__

Semester Total: __13.6__

**Juvenile Clinic Time Sheet**

for the Week of Monday 9/6/05 through Sunday 9/11/05

Student:                    Benjamin Kull
Supervising Professor:      Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 9/6 | Tiffany Martin | Prepare for status hearing: review file for timeline of TM's stay at Riverside; copy letter from Community Connections and IEP (for | 1.2 |
| 9/6 | TM | Schedule IEP for 9/21 with Kymberly Grafton, Martin family, Ms Walters, | .5 |
| 9/7 | TM | Status hearing before Judge Bush; wait for copy of order afterwards; arrange visit to Leary School with TM | 2.8 |
| 9/11 | TM | Write memo re 9/7 hearing | .8 |
| 9/11 | TM | Confirm Leary visit with Ms Martin; Mapquest Leary School from Martin home; printout info on Leary School | .7 |
| 9/11 | TM | Letter to Kym Grafton informing her of TM's discharge | .8 |

\* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

Page Total: ___6.8____

Prior Weeks: ___13.6__

Semester Total: ___20.4____

**Juvenile Clinic Time Sheet**

for the Week of Monday 9/12/05 through Sunday 9/18/05

Student:                      Benjamin Kull
Supervising Professor:        Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 9/12 | Tiffany Martin | Visit Leary School with TM, Ms Martin, Maleka Walters | 4.3 |
| 9/13 | TM | Follow up call with Dr Powell at Leary to ask questions re the program at Leary | .3 |
| 9/13 | TM | Call with Kate Quirk at Youth Villages re payment for MST services | .2 |
| 9/13 | TM | Call with Schulman asking him to write letter detailing what services he things TM needs at new placement | .1 |
| 9/14 | TM | Write records request letters to Eliot and Garnet-Patterson schools | 1.2 |
| 9/14 | TM | Revise and send by fax records requests | .6 |
| 9/15 | TM | Write letter to Grafton and Ludwig re request for placement; review code and | 1.4 |
| 9/15 | TM | Call from Eliot JHS in response to records request | .1 |
| 9/15 | TM | Left message at Community Connections re Medicaid payment | .1 |
| 9/15 | TM | Call with Ms Martin re Medicaid and the Leary School having no vocational | .2 |
| 9/15 | TM | Receive, review and file academic records from Riverside Academy | .3 |
| 9/15 | TM | Read handbook ch 9 on IEPs | .8 |
| 9/16 | TM | Edit letter to Grafton and Ludwig with Joe's comments and fax same; call DCPS to get right fax numbers | .5 |
|  |  |  |  |
| 9/16 | TM | Call Garnet-Patterson to follow up on records request; re-faxed request letter | .2 |
| 9/16 | TM | Left message with Beth Sullivan at Riverside following up on her drafting of | .1 |
| 9/18 | TM | Create IEP comparative chart | 4.2 |

\* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: __15.6__

Prior Weeks: ___20.4___

Semester Total: __36__

**Juvenile Clinic Time Sheet**

for the Week of Monday 9/19/05 through Sunday 9/25/05

Student:                    Benjamin Kull
Supervising Professor:      Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 9/19 | TM | Receive phone message from and refax 9/16 letter to Lori Ludwick, | .3 |
| 9/19 | TM | Search online forDCPS hearing | .2 |
| 9/19 | TM | Left message for Beth Sullivan re | .1 |
| 9/19 | TM | Call to Garnet-Patterson following up on records request | .1 |
| 9/19 | TM | Review Leary School handbook; make notes on same | 1 |
| 9/19 | TM | Left message for Maleka Walters re her attendance at IEP meeting | .1 |
| 9/20 | TM | Call with Dr Powell at Leary School re art therapy and ESY | .2 |
| 9/20 | TM | Left message with Emily Moody at Community Connections re Medicaid | .1 |
| 9/20 | TM | Receive phone message from Beth Sullivan re draft IEP | .1 |
| 9/20 | TM | Meet with Joe re IEP meeting | .7 |
| 9/20 | TM | Search for NCLB standards/statistics for DCPS | .5 |
| 9/20 | TM | Xerox reports and assessments from | .5 |
| 9/20 | TM | Create chart for all assessment records | 1.9 |
| 9/20 | TM | Prepare for IEP meeting: create outline/agenda for meeting; research cases, regs and code re same; review special ed manual chapters on IEPs and evaluations; review DCPS NCLB | 3.7 |
| 9/21 | TM | Meet with Joe before IEP meeting to go over issues; attend IEP meeting at | 3.4 |
| | | | |

\* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: ___12.9_____

Prior Weeks: __36

Semester Total: _48.9_

**Juvenile Clinic Time Sheet**

for the Week of Monday 9/26/05 through Sunday 10/02/05

Student:                  Benjamin Kull
Supervising Professor:    Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 9/27 | TM | Called Garnet-Patterson to follow up on records request; was told to call back at 2:30pm today and ask for Ms Wilson, admin aid; G-P believes Tiffany's records were sent on to her high school, and Ms. Wilson is going to check which high school they were sent to | .1 |
| 9/27 | TM | Call Dr Powell at Leary to request copy of acceptance letter | .1 |
| 9/27 | TM | Called back to G-P; was told that records had been sent on to Cardozo; called Cardozo, but the contact person was not available | .2 |
| 9/27 | TM | Write records request for Cardozo SHS | .3 |
| 9/27 | TM | Left message at CPDC re request for vocational assessment (Melissa Hensel, 832-0500, x 3100) | .2 |
| 9/27 | TM | Write letter to Kymberly Grafton re request for independent vocational assessment | .4 |
| 9/27 | TM | Receive fax from Beth Sullivan: IEP meeting notes | .1 |
| 9/27 | TM | Call from Diana Mendleson at Community Connections; she wanted to recommend WVSA Arts Connection as a possible placement for TM | .1 |
| 9/28 | TM | Fax records request to Cardozo SHS | .1 |
| 9/28 | TM | Call Ms. Martin to arrange meeting for Saturday re comp ed | .1 |
| 9/28 | TM | Write letter to DCPS re placement request and to forward Leary acceptance letter | 1 |
| 9/29 | TM | Left and received message from Melissa Hensel, CPDC, re vocational assessment | .2 |
| 9/29 | TM | Fax and mail letter to DCPS (fax line was busy) | .5 |

| | | | |
|---|---|---|---|
| 9/29 | TM | Call Cardozo to confirm receipt of records request; was told to call back to confirm with Ms. Jamie Flowers (671-1953) | .1 |
| 9/29 | TM | Call with Maleka Walters to update her on school placement; she said she'll come to Saturday meeting with TM and family re comp ed | .1 |
| 9/30 | TM | Phone call with Melissa Hensel, CPDC, re vocational assessment | .2 |
| 9/30 | TM | Call with Cardozo SHS re records request; told that Ms. Flowers is not in today; request should take 3-7 days | .2 |
| 10/1 | TM | Meet with Tiffany and Ms Martin to discuss TM's education history re her comp ed claims | 1.5 |
| 10/2 | TM | Begin drafting hearing request; research case law and statutes re same | 3.2 |
| | | | |

\* Time is recorded in tenths of an hour. Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: 8.7

Prior Weeks: 48.9

Semester Total: 57.6

**Juvenile Clinic Time Sheet**

for the Week of Monday 10/03/05 through Sunday 10/09/05

Student:                     Benjamin Kull
Supervising Professor:       Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 10/3 | TM | Left phone messages for DCPS staff -- Kymberly Grafton, Lori Ludwick, Carol Helton, Elaine Rome (asst to Ruth Blake) -- re TM's placement | .4 |
| 10/3 | TM | Calls to Garnet-Patterson re records; told to call back tomorrow to speak with Ms. Wilson | .4 |
| 10/3 | TM | Call with Ms Flowers at Cardozo re records; told they have none for TM; rec'd fax verifying same | .4 |
| 10/3 | TM | Left message for Beth Sullivan, Riverside, asking if they have any DCPS school recs for TM | .1 |
| 10/4 | TM | Rec'd vm from Beth Sullivan: Riverside has no DCPS records; she is also interested in classes with our clinic; rec'd fax from her (TM's grades from Riverside) | .2 |
| 10/4 | TM | Call with Ms Wilson, Garnet-Patterson; said she will check for signature of receipt of records from Cardozo; told me to speak with Ms Jones, the registrar at Cardozo | .1 |
| 10/4 | TM | Call with Ms Jones, Cardozo; searched again and found some records, which she'll mail to me, but it's not the cumulative file | .3 |
| 10/4 | TM | Spoke briefly to Ms Grafton at 9:30am, she said she'd call me after a meeting; I called back at 1:50pm and left message re TM's placement | .2 |
| 10/5 | TM | Meet with Kymberly Grafton at DCPS office; told that a placement will be offered for TM by week's end and that she'll be in school next week at the latest | .4 |

| 10/5 | TM | Call to Ms Wilson at Garnet-Patterson; told her that Cardozo only has a few records; she said maybe that's all G-P had to send to Cardozo | .1 |
|------|----|-----|-----|
| 10/5 | TM | Call to Ms Jones, Cardozo, telling her I'll pick up the records in person | .1 |
| 10/5 | TM | Visit Cardozo to pick up school records; review and organize same | 1.5 |
| 10/5 | TM | Receive some of the school records from Cardozo by fax; compare to one I picked up (all duplicative | .3 |
| 10/6 | TM | Left message at Eliot re records | .1 |
| 10/6 | TM | Call to Eliot; spoke with VP Gray; I explained that Cardozo only has few records; she said Eliot has no records, but she'll have Ms Miller (spec ed coord) check again and call me back. | .1 |
| 10/6 | TM | Call from Carol Helton, DCPS, returing my 10/3 call; she said that TM could be enrolled at her neighborhood school pending another placement; told me to call Tammy Martin, HS coordinator, re this suggestion | .1 |
| 10/6 | TM | Continue writing hearing request | 3.6 |
| 10/6 | TM | Draft injunction memo | 3.8 |
| 10/7 | TM | Draft letter to Carol Helton, DCPS, in response to her 9/5 phone call | .5 |
| 10/7 | TM | Meet with Joe and Jamie re TRO strategy | 1 |
| 10/7 | TM | Revise hearing request and send to SHO | 2.3 |
| 10/7 | TM | Call with Ms Romero at Leary School; update her on TM's placement status; she said Dr Powell or the director should be available if necessary to testify at next week's TRO hearing | .2 |
| 10/7 | TM | Call Student Hearing Office; told to send hearing request to the office to no one's attention | .1 |
| 10/7 | TM | Call with Mr Massey: he is happy bc TM's Haldol has been cut back; he agreed to going forward with TRO, said he can pay the fees; told him about | .2 |

| 10/7 | TM | Call with Mr Massey confirming his consent to having me sign the hearing request in his name | .1 |

\* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week:  8.8

Prior Weeks:   57.6

Semester Total: 66.4

**Juvenile Clinic Time Sheet**

for the Week of Monday 10/10/05 through Sunday 10/16/05

Student:                            Benjamin Kull
Supervising Professor:              Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 10/10 | TM | Call to John Smith, TM's PO (508-8285) re consolidation motion; he said that normally parents sign consent for POs to discuss delinquency cases with DCPS; he's going to check TM's file to confirm and call me back | .1 |
| 10/10 | TM | Draft TRO pleadings | 10.5 |
| 10/11 | TM | With Joe, left message at DCPS Office of General Counsel saying we wanted to speak with an attorney re filing a TRO; no response | .1 |
| 10/11 | TM | Left vm for Barbara Chesser, Atty Gen's Office Juvenile Section, notifying her of the complaint, TRO and motion to consolidate; faxed her copies of same | .3 |
| 10/11 | TM | Spoke with Ed Taptich, Atty Gen's Office Civil Division, notifying him of the complaint, TRO and motion to consolidate; he said he'd have someone call me back; no one did, so I faxed the docs to his attention (6:10pm). | .3 |
| 10/11 | TM | Rec'd vm from Taptich (7:30pm) asking me to fax him the attachments to our pleadings as well; I did | .2 |
| 10/11 | TM | Called Judge Bush's chambers; spoke to clerk and told her of our plan to file TRO and motion to consolidate; faxed same to chambers | .3 |
| 10/11 | TM | Tried faxing copies of our pleadings to DCPS General Counsel, but line was busy | .3 |
| 10/11 | TM | Meet with Mr Massey to get affidavit signed | 1.2 |
| 10/11 | TM | Draft and revise TRO pleadings | 8.5 |
| 10/12 | TM | Probation status hearing before Judge Bush | 1 |

| 10/12 | TM | Attempt to file TRO pleadings with civil ct clerk | .3 |
|---|---|---|---|
| 10/12 | TM | Call with Ed Taptich, saying AG will remove to fed ct if we file in superior ct | .1 |
| 10/12 | TM | Call from Maria Merkowitz, AG, saying she is waiting to hear back from DCPS(Judy Smith) | .1 |
| 10/12 | TM | Call with Donna Russell, DCPS Gen Counsel, telling her of our intention to file TRO and asking if anyone at DCPS is appointed to receive service of process; she said no, but that DCPS need not be named as def because it is an agency of the city | .2 |
| 10/12 | TM | Call from Merkowitz proposing M.M. Center and DCALA Senior Center (schools proposed by Judy Smith); knew no facts at all about either; said art therapist would be arranged at either | .2 |
| 10/12 | TM | Research MM Center and DCALA Senior Center online and in clinic binder | .5 |
| 10/12 | TM | Revise TRO pleadings based on court clerk's comments | 7.5 |
| 10/13 | TM | Call with TM family re MM Center and DCALA; arrange visit to MM Center with Diana Mendleson (Comm Connections) | .3 |
| 10/13 | TM | Call with Prof Suttler re MM Center | .1 |
| 10/13 | TM | File TRO pleadings in civil court; wait for judge in chambers to set hearing date | 3.7 |
| 10/13 | TM | File motion to consolidate in family court | .5 |
| 10/13 | TM | Message from Diana Mendleson: visit to MM Center will be 10/14 | .1 |
| 10/14 | TM | With Mimi Tshiteya, serve complaints on defendants and write up affidavits of service | 4 |
| 10/14 | TM | Call with TM family, telling them of 10/17 TRO hearing; Mr Massey said he cancelled visit to MM Center because he does not want TM going to school in that neighborhood | .2 |

| 10/14 | TM | Call Judge Bush's chambers to confirm receipt of family ct motion to consolidate (not arrived as of 9:30am) | .1 |
|-------|-----|---|---|
| 10/14 | TM | Attempt to fax all TRO pleadings to Judge Bush's chambers; her fax broken; deliver same by hand | .2 |
| 10/14 | TM | Return call from Judge Bush's clerk; J Bush has not reviewed pleadings yet; told to check in on Monday morning re status | .1 |
| 10/16 | TM | Review cases cited in TRO memo in preparation for TRO hearing | 3.5 |

\* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: 44.5

Prior Weeks: 66.4

Semester Total: 110.9

**Juvenile Clinic Time Sheet**

for the Week of Monday 10/17/05 through Sunday 10/23/05

Student:                          Benjamin Kull
Supervising Professor:            Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 10/17 | TM | Make copies of pleadings to take to TRO hearing | .4 |
| 10/17 | TM | Call TM family to tell them room number for TRO hearing | .1 |
| 10/17 | TM | Call judge in chambers to confirm TRO hearing; found out the case was removed | .1 |
| 10/17 | TM | Call Judge Bush's chambers to check status of consolidation | .1 |
| 10/17 | TM | Go to courthouse to meet with TM family | .9 |
| 10/17 | TM | Go to district courthouse to check on status/schedule of TRO hearing in district court | .5 |
| 10/17 | TM | Call with Ms Brancheau, Leary School, re testimony at TRO hearing | .2 |
| 10/17 | TM | Write affidavit for Ms Bracheau; fax her same | .7 |
| 10/17 | TM | Rec fax from Judge Bush's chambers: order denying consolidation | .1 |
| 10/17 | TM | Rec call from Leila, clerk for Judge Lamberth, setting hearing for 10/18 at 2pm; confirm same with Joe and TM family | .3 |
| 10/17 | TM | Visit dist court clerk Peggy Trainum to register as student practitioner; told to check back in tomorrow morning, as she couldn't find proper file and authorizing judge was out | .9 |
| 10/17 | TM | Visit superior court clerk to ask: where to file affidavits of service (at dist ct) and whether refund of filing fee was possible in light of removal (no) | .3 |
| 10/17 | TM | Rec fax from DCPS (Grafton): prior notice of new placement | .1 |

| 10/17 | TM | outline argument for TRO hearing, focusing on 10/17 DCPS prior notice and its faults | 4 |
|-------|-----|-------------------------------------------------|-----|
| 10/18 | TM | review cases and outline for hearing; meet with Joe re same | 4.2 |
| 10/18 | TM | TRO hearing at district court | 1.5 |
| 10/20 | TM | Discuss hearing with Mack and McLain | .3 |
| 10/20 | TM | research exhaustion of admin remedies cases | 3 |
| 10/21 | TM | Research and outline exhaustion cases | 7 |

* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: 24.7

Prior Weeks: 110.9

Semester Total: 135.6

**Juvenile Clinic Time Sheet**

for the Week of Monday 10/24/05 through Sunday 10/30/05

Student:                    Benjamin Kull
Supervising Professor:      Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 10/30 | TM | Write reply to addendum; prepare exhibits and affidavits for same | 10 |
| 10/30 | TM | Visit Masseys to sign affidavit | 1.3 |
| 10/29 | TM | Write reply to addendum | 5.1 |
| 10/28 | TM | Visit MM Washington Center with TM and family | 2 |
| 10/28 | TM | Draft affidavits for Maleka Walters and Diana Mendelsohn | 3.4 |
| 10/27 | TM | Prelim Injunction hearing in district court | 1.5 |
| 10/27 | TM | Phone calls to Mark Schulman, Maleka Walters and Diana Mendelsohn re writing affidavits for TM re MM Washington | .4 |
| 10/26 | TM | Moot prelim injunction oral argument with Mack and McLain | 2 |
| 10/26 | TM | Prepare argument outline for oral argument | 5.2 |
| 10/26 | TM | Write reply memorandum to Defs' opposition memorandum | 4.5 |
| 10/25 | TM | Write reply memorandum to Defs' opposition memorandum | 8.5 |
| 10/24 | TM | Write reply memorandum to Defs' opposition memorandum | 6.7 |

* Time is recorded in tenths of an hour. Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: 49.1

Prior Weeks : 135.6

Semester Total: 184.7

**Juvenile Clinic Time Sheet**

for the Week of Monday 10/31/05 through Sunday 11/06/05

Student:                          Benjamin Kull
Supervising Professor:        Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 10/31 | TM | Finalize and file reply to addendum, affidavits from M Walters and D Mendelsohn, and attachments | 6.2 |
| 11/01 | TM | File reply to addendum through ECF | .5 |
| 11/02 | TM | Write opposition to motion to dismiss | 3.4 |
| 11/03 | TM | Review, copy and distribute PI order | .8 |
| 11/04 | JH | Call Lab School to inquire re tutoring services | .2 |
| 11/04 | TM | resolution meeting at DCPS | 2 |
| 11/04 | TM | Edit, finalize and file opposition to motion to dismiss | 4.5 |
| 11/04 | TM | Call to Leary School re TM starting school Monday | .2 |
| 11/04 | TM | Calls to Maleka and Diana to arrange a ride to school on Monday | .3 |
| 11/06 | TM | Call family to check on status of school bus service | .1 |

* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: 5.6

Prior Weeks: 184.7

Semester Total: 190.3

**Juvenile Clinic Time Sheet**

for the Week of Monday 11/07/05 through Sunday 11/13/05

Student:                              Benjamin Kull
Supervising Professor:        Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 11/7 | TM | Receive and review proposed settlement from DCPS general counsel | .6 |
| 11/7 | TM | Phone call to family to see how TM's first day of school went; all went well; they rec'd phone call today re school bus, which will start picking her up tomorrow | .1 |

* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: .7

Prior Weeks: 190.3

Semester Total: 191

**Juvenile Clinic Time Sheet**

for the Week of Monday 11/14/05 through Sunday 11/20/05

Student:                    Benjamin Kull
Supervising Professor:      Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 11/17 | TM | Call from DCPS atty Tiffany Puckett; told her we are considering the DCPS settlement offer | .2 |
| | | | |
| | | | |

* Time is recorded in tenths of an hour.  Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week:   .2

Prior Weeks: 191

Semester Total: 191.2

**Juvenile Clinic Time Sheet**

for the Week of Monday 12/12/05 through Sunday 12/18/05

Student:                     Benjamin Kull
Supervising Professor:       Joe Tulman

| Date | Client | Activity | Hours |
|------|--------|----------|-------|
| 12/12 | TM | Call with Ms Martin: Tiffany ran away from home last Friday; also ran Friday after Thanksgiving and was found the following Saturday; Maleka has left Youth Villages and Tiffany has new counselor: Natasha Bivings | .3 |
| 12/12 | TM | Calls to Leary, Natasha and DCPS to determine whether 12/13 IEP meeting will go forward without Tiffany | .3 |
| 12/13 | TM | IEP meeting at Leary School | 3.5 |
| 12/13 | TM | Call from Natasha: TM was found by her mentor | .1 |
| 12/14 | TM | Status hearing before Judge Bush (long wait beforehand); she refused to order TM placed in residential again | 2.4 |
| 12/15 | TM | Organize case file: sort out duplicates, place all correspondence in chron order, print all court papers and create file for same | 4.2 |
| 12/16 | TM | Write transfer memo | 3 |
| 12/16 | TM | Calls with Mr Massey and Natasha to check on TM's status: she came home yesterday and attended school today, though things were volatile in the home last night | .2 |
| 12/17 | TM | Index court docs and correspondence | 1.5 |
|  |  |  |  |

* Time is recorded in tenths of an hour. Thus, 0.1 hr. = 6 minutes; 0.6 hr. = 36 minutes; and so on.

This Week: 15.5

Prior Weeks: 191.2

Semester Total: 206.7