UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Warner Massey**, *et al.*,  )  <br>     **Plaintiffs**                       )  <br>                                              )  <br>     v.                                     )  <br>                                              )    Case No. 1:05-cv-2033 (RCL)  <br>**District of Columbia, et al.**,   )  <br>     **Defendants**                    )  | |

### ORDER FOR ATTORNEYS' FEES

In consideration of the motion for attorneys' fees, and the supporting memorandum of points and authorities, filed by Plaintiffs, the Court finds that the Plaintiffs prevailed in this case and orders – pursuant to 20 U.S.C.A. § 1415(i)(3)(B) – that Defendants pay $4,000.00, the amount requested by the Plaintiffs, to the U.D.C. David A. Clarke School of Law.

So ordered,

_____
Royce C. Lamberth
U.S. District Court Judge

_____
Date

Copies to

Joseph B. Tulman
U.D.C. David A. Clarke School of Law
4200 Connecticut Ave., N.W. 38/207
Washington, DC  20008
jtulman@udc.edu

Maria Merkowitz
Senior Litigation Counsel
Office of the Attorney General of the District of Columbia
441 4th St., N.W. – Sixth Floor North
Washington, DC  20001
maria.merkowitz@dc.gov

Edward P. Taptich
Chief, Equity Section II
Office of the Attorney General of the District of Columbia
441 4th St., N.W. – Sixth Floor South
Washington, DC  20001
edward.taptich@dc.gov