UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WARNER MASSEY,** *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>**DISTRICT OF COLUMBIA,** *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 05-2033 (RCL) |

## ORDER FOR ATTORNEYS' FEES

In consideration of the unopposed motion [18] for attorneys' fees, and the supporting memorandum of points and authorities filed by plaintiffs, the Court finds that the plaintiffs prevailed in this case, and orders–pursuant to 20 U.S.C. § 1415(i)(3)(B)–that defendants pay $4,000.00, the amount requested by the plaintiffs, to the U.D.C. David A. Clarke School of Law.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.